Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZIM ROGERS, JR.,**<br><br>Plaintiff,<br><br>vs.<br><br>**DEBT MANAGEMENT, INC. DBA CAPITAL RECOVERY SYSTEMS**<br><br>Defendant. | Case No. 2:12-cv-09843-MWF-PJW<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 14th day of January, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1  Filed electronically on this 14th day of January, 2013, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Michael W. Fitzgerald
   United States District Court
6  Central District of California

7

8  Mr. Al Limberg
   Sessions Fishman, Nathan & Israel, LLP
9  1545 Hotel Circle South, Suite 150
   San Diego CA 92108
10

11 This 14th day of January, 2013.

12 s/Todd M. Friedman
13 Todd M. Friedman