JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZIM ROGERS, JR.,** | Case No. 2:12-cv-09843-MWF-PJW |
| Plaintiff, | **ORDER** |
| vs. | |
| **DEBT MANAGEMENT, INC. DBA CAPITAL RECOVERY SYSTEMS,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this 6th day of February, 2013.

_____
The Honorable Michael W. Fitzgerald
United States District Court Judge